UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| NELSON FERRIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:04CV18SNL |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge David D. Noce (# 24), filed August 23, 2005 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability benefits under Title II of the Social Security Act, 42 U.S.C. §§401, *et. seq.* be and is **AFFIRMED**.

Dated this   12th   day of September, 2005.

SENIOR UNITED STATES DISTRICT JUDGE